UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                            Case No. 2002-2834
                                            Filed: May 13, 2834

| | |
|---|---|
| KAREN SHORR, CO-ADMINISTRATOR<br>OF THE ESTATE OF JASON EVANS | Murray L. Greenfield, Esq.<br>9636 Bustleton Ave.<br>Philadelphia, Pa.  19115 |
| v. | |
| CITY OF PHILADELPHIA,<br>JOHN TIMONEY, COMMISSIONER | Edward Chew, Esq.<br>1515 Arch Street<br>Philadelphia, Pa.  19102 |
| OFFICER JOHN & JANE DOES<br>OFFICER SYLVIA KRIWONOS | Daniel J. Divis, Esq.<br>225 S. 15th Street<br>Philadelphia, Pa.  19102 |

**NOTICE OF PRETRIAL CONFERENCE**

      Please be advised that a pretrial conference in the above matter has been ordered by Judge Clarence C. Newcomer in his Chambers on **Tuesday, July 30, 2002 at 11:15 a.m**.

      The purposes of the conference are set forth in F.R.C.P. 16.  The Court will assume that you will be fully prepared to comply with all provisions of Rule 16.  You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

      If the case is not a complex one, in the interest of conserving time and resources for you and your client you are invited to call me requesting that the conference be by telephone.  Our office is equipped to initiate such conference calls.  If this case involves more than two attorneys, you may initiate the call.  Chamber's phone number is 215-597-7847.

      This pretrial conference will be continued only in extreme circumstances.  If you are unable to attend, someone from your office as familiar as possible with this case should attend.

                                            For the Court,

                                            Michael Finney, Deputy
                                            Clerk to Judge Newcomer
                                            267-299-7509

Copies mailed/faxed to the above counsel.
July 17, 2002