Case No. 02-2834
Filed    5/13/02

KAREN SHORR, CO-ADMINISTRATOR        MURRY L. GREENFIELD, ESQ.
OF THE ESTATE OF JASON EVANS

    V.

CITY OF PHILADELPHIA                    EDWARD CHEW, ESQ.
JOHN TIMONEY, COMMISSIONER

OFFICER JOHN & JANE DOES             DANIEL J. DIVIS, ESQ.
OFFICER SYLVIA KRIWONOS

                                                      Jury __X___  Non-Jury ___

## **O R D E R**

Following the conference, the following is hereby ORDERED:

1. Discovery completion date                               10/15/02
2. Exchange of expert reports                               9/20/02
3. Responses to expert reports
4. Dispositive motions due                                       10/7/02
5. Response to dispositivel motions due                 10/14/02
6. Settlement/Final Pretrial Conference               10/28/02, 3:15 P.M.
7. Pretrial memoranda, proposed findings of fact and conclusions of law or joint proposed jury instructions     10/24/02
8. Counsel shall be prepared for trial                       10/28/02
9. All provisions of attached procedures shall be observed.

Date:   August 1, 2002                                   AND IT IS SO ORDERED.
                                                                Clarence C. Newcomer, J.

                                                                by Susan Z. Quigley, Secretary
                                                                to Judge Newcomer

Copies mailed to above counsel.