```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KAREN SHORR                              :

    vs.                              :        Civil Action

                                            :        No.  2002-2834

SYLVIA KRIWONOS

## **O R D E R**

      **AND NOW**, this   day of October, 2002, it having been reported that the issues between **Karen Shorr and Sylvia Kriwonos** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs except as provided by Local Rule 54.1(d), as to the above named parties only.

ATTEST:                              or        BY THE COURT:

BY:_____                     _____
    Michael Finney
    Deputy Clerk

Civ 12 (9/83)
41(b)pty