IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN SHORR, et al
:       CIVIL ACTION
:
    vs.       :
:       NO. 2002-2834
CITY OF PHILADELPHIA, et al

O R D E R

**AND NOW, TO WIT:** This     day of October, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ,** Clerk of Court

**BY:**_____
Michael Finney
Deputy Clerk of Court

Copies by FAX on _____ to: Copies by MAIL on _____ to:

Civ 2 rev. (8/2000)
41.1(b)