IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN SHORR, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | NO. 02-2834 |
| Defendants | : | |

**O R D E R**

AND NOW, this    day of October, 2002, it is hereby ORDERED that Defendant Sylvia Kriwonos' Motion for Summary Judgement (Document 17) is DENIED as moot. Defendant Kriwonos is no longer a party to this action.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.